|  | Information to identify the case: | | |
|---|---|---|---|
| Debtor 1: | HEATHER MARA BJORNSTAD<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–7168<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | U.S. Bankruptcy Court, District of Montana | Date case filed for chapter: 7  4/14/22 |
| Case number: | 2:22-bk-20028-BPH | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | HEATHER MARA BJORNSTAD | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO BOX 584<br>EMIGRANT, MT 59027 | |
| 4. | **Debtor's attorney**<br>Name and address | STUART R WHITEHAIR<br>2123 DURSTON ROAD, SUITE 17<br>BOZEMAN, MT 59718 | Contact phone 406.587.4200<br>Email: stuartwhitehair@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | RICHARD J. SAMSON<br>310 W. Spruce St.<br>MISSOULA, MT 59802 | Contact phone 406 721–7772<br>Email: rjs@CSBlawoffice.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. | **Bankruptcy clerk's office** | Room 263 Federal Building | Hours open: |
| --- | --- | --- | --- |
|  | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 400 North Main<br>Butte, MT 59701 | 8:00AM – 5:00PM |
|  |  |  | Contact phone (406)497–1240 |
|  |  |  | Date: 4/14/22 |
| 7. | **Meeting of creditors** | **May 20, 2022 at 01:00 PM** | Location: |
|  | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom Meeting of Creditors, Meeting ID 536 286 1018 Passcode 560756, Ph Num 1–888–826–9476 Code 4731722#** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |  |
|  | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. |  |  |
| 9. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 7/19/22 |
|  |  | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>**Effective December 1, 2017, certain amendments were made to FED. R. Bankr. P. 3002 including 3002(c)(7). As a result of these changes, you should review and consult the rules in connection with the preparation and timely filing of any proofs of claim.** |  |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |  |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |  |

# NOTICE:

**In accordance with 11 U.S.C. § 707(a) and Mont. LBR 2003–7 debtor's failure to attend the 341 meeting will be cause for dismissal without further notice.**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

United States Bankruptcy Court
District of Montana

In re:  
HEATHER MARA BJORNSTAD  
    Debtor

Case No. 22-20028-BPH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0977-2      User: ColeenHan      Page 1 of 2  
Date Rcvd: Apr 14, 2022      Form ID: 309A      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | HEATHER MARA BJORNSTAD, PO BOX 584, EMIGRANT, MT 59027-0584 |
| tr | + | RICHARD J. SAMSON, 310 W. Spruce St., MISSOULA, MT 59802-4108 |
| ust | + | OFFICE OF THE U.S. TRUSTEE, US DEPT OF JUSTICE, 550 WEST FORT ST, RM 698, BOISE, ID 83724-0101 |
| 1412392 | + | BOZEMAN HEALTH, 915 HIGHLAND BOULEVARD, BOZEMAN MT 59715-6902 |
| 1412390 | + | BRIDGER ORTHOPEDIC AND SPORTS MEDICINE, 3400 LARAMIE DRIVE, BOZEMAN MT 59718-2005 |
| 1412391 | + | BRIDGER ORTHOPEDIC AND SPORTS MEDICINE, 1450 ELLIS STREET, SUITE 201, BOZEMAN MT 59715-8813 |
| 1412389 | + | PROVIDENCE HEALTH SERVICES, 2246 BOOT HILL CT #3, BOZEMAN, MT 59715-7248 |
| 1412382 | + | ULTA, PO BOX 650964, DALLAS TX 75265-0964 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: stuartwhitehair@gmail.com | Apr 14 2022 20:50:22 | STUART R WHITEHAIR, 2123 DURSTON ROAD, SUITE 17, BOZEMAN, MT 59718 |
| 1412377 | | EDI: GMACFS.COM | Apr 15 2022 00:53:00 | ALLY, PO BOX 380902, BLOOMINGTON MN 55438-0902 |
| 1412380 | + | EDI: CAPITALONE.COM | Apr 15 2022 00:53:00 | CAPITAL ONE, PO BOX 60599, CITY OF INDUSTRY CA 91716-0599 |
| 1412388 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 14 2022 20:56:22 | CREDIT ONE, PO BOX 98873, LAS VEGAS NV 89193-8873 |
| 1412381 | | EDI: DISCOVER.COM | Apr 15 2022 00:53:00 | DISCOVER, PO BOX 30943, SALT LAKE CITY UT 84130 |
| 1412386 | + | EDI: CITICORP.COM | Apr 15 2022 00:53:00 | MACY'S, PO BOX 9001094, LOUISEVILLE KY 40290 |
| 1412384 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 14 2022 20:50:00 | KOHL'S, PO BOX 60043, CITY OF INDUSTRY CA 91716-0043 |
| 1412379 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 14 2022 20:56:20 | MERRICK BANK, PO BOX 660702, DALLAS TX 75266-0702 |
| 1412378 | | Email/Text: ClaimsHelp@Mohela.com | Apr 14 2022 20:50:00 | MOHELA, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005 |
| 1412376 | | Email/Text: DORBankruptcyNotices@mt.gov | Apr 14 2022 20:50:00 | MONTANA DEPARTMENT OF REVENUE, MARCI GOHN, BANKRUPTCY SPECIALIST, PO BOX 7701, HELENA, MT 59604-7701 |
| 1412387 | + | EDI: CITICORP.COM | Apr 15 2022 00:53:00 | SHELL, CBNA, PO BOX 6497, SIOUX FALLS SD 57117-6497 |
| 1412385 | + | EDI: RMSC.COM | Apr 15 2022 00:53:00 | TJ MAXX, SYNCHRONY BANK, PO BOX 530948, ATLANTA GA 30353-0948 |

| 1412383 | + EDI: WFNNB.COM | | | |
|---|---|---|---|---|
| | | Apr 15 2022 00:53:00 | VICTORIA'S SECRET, PO BOX 659728, SAN ANTONIO TX 78265-9728 | |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 1412393 | ##+ | SOUTHERN OREGON CREDIT SERVICE, 841 WEST STEWART AVENUE, SUITE 11, MEDFORD OR 97501-4020 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2022   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| OFFICE OF THE U.S. TRUSTEE | ustp.region18.bs.ecf@usdoj.gov |
| RICHARD J. SAMSON | rjs@CSBlawoffice.com  lmesser@csjlaw.com;mt10@ecfcbis.com |
| STUART R WHITEHAIR | on behalf of Debtor HEATHER MARA BJORNSTAD stuartwhitehair@gmail.com  katie@stuartwhitehairlaw.com |

TOTAL: 3